AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.:<br>1:20-mj-371 | Date and time warrant executed:<br>09/03/2020  1935 Hours | Copy of warrant and inventory left with:<br>NA: ESP DATA |
| Inventory made in the presence of:<br>Brandon Rask | | |

Inventory of the property taken and name of any person(s) seized:

PREVIOUSLY SEIZED DATA IN POSSESSION OF BPD

RH

RH

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/30/2020

_____
Executing officer's signature

HSI SA Randy V. Heusser
Printed name and title